

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,501

### EX PARTE BILLY JOE MCGOWAN, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2009-0000028A-CR
### IN THE 97TH JUDICIAL DISTRICT COURT
### FROM ARCHER COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to attempted possession of certain chemicals with intent to manufacture a controlled substance and was sentenced to ten years' imprisonment. He did not appeal the conviction.

Applicant contends, among other things, that his plea was involuntary. The record reflects that the instant case was part of a broader plea agreement that included two cases in Montague

County. In December 2010, this Court vacated applicant's Montague County convictions based on a finding that his pleas were involuntary. *Ex parte McGowan*, AP-76,461 & AP-76,462 (Tex. Crim. App. Dec. 8, 2010) (not designated for publication). The trial court made findings of fact and conclusions of law in this case and recommended that we set aside Applicant's judgment of conviction.

Relief is granted. The judgment in cause number 2009-0000028A-CR in the 97th Judicial District Court of Archer County is set aside, and Applicant is remanded to the custody of the sheriff of Archer County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 16, 2011
Do Not Publish